Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. CV 09-4708 TEH |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| Adan Torres, et al., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendant: Adan Torres, individually and d/b/a Mi Hacienda, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: October 8, 2009         */s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J Sports Productions, Inc.

DATED: 10/13/09

IT IS SO ORDERED
Judge Thelton E. Henderson

Page 1